[No. 20336–3–I. Division One. October 3, 1988.]

VENTURES, INC., *Respondent,* v. RICH MACHEN,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 86–2–00079–1, Richard L. Pitt, J., entered April 6, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 21545–1–I. Division One. October 3, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH ALLEN BUSS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–04515–5, Patricia H. Aitken, J., entered December 24, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 20845–4–I. Division One. October 3, 1988.]

NORTHWEST COMMUNICATIONS, INC., *Plaintiff,* SOUND ELEVATOR COMPANY, INC., *Respondent,* v. PETER ANTOVICH, ET AL, *Defendants,* SHORELINE SAVINGS BANK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–24397–6, Robert E. Dixon, J., entered February 17, 1987. *Reversed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Grosse, J.